UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL                              JS-6

Case No.   2:18cv09885 DDP                                    Date:  May 21, 2025

Title   *DIEGO A. TORO v. UNITED STATES OF AMERICA*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - MOTION FOR RETURN OF PROPERTY [1] (Filed November 26, 2018)

   Under Central District of California Local Rule 41-6, "[a] party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."  Here, far more than 14 days have passed since the service date of this Court's last minute order (Dkt. 41), which was returned as undeliverable to Plaintiff at his address of record.  (Dkt. 42)  As of the date of this Minute Order, Plaintiff has not notified the court of his new address or provided other contact information, such as a telephone number or e-mail address.  Four of the relevant factors weigh in favor of dismissal of this action.  See Carey v. King, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (per curiam).  Accordingly, this action is DISMISSED, without prejudice, for Plaintiff's failure to keep the court apprised of his current address or contact information.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |